IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PLASTIPAK PACKAGING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **JOHN DOE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

COMES NOW plaintiff Plastipak Packaging, Inc. ("Plastipak"), and for its Complaint against Defendant John Doe ("Doe"), states as follows:

Jurisdiction and Venue

1. This Court has subject matter jurisdiction over this Complaint under 28 U.S.C. § 1331 in that this action arises under the laws of the United States and supplementary jurisdiction pursuant to 28 U.S.C. § 1367.

2. Venue is proper in this judicial district under the provisions of 28 U.S.C. § 1391(b). This Court has personal jurisdiction over the Defendant.

The Parties

3. Plastipak is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Michigan. Plastipak is registered to do business in the state of Illinois and is doing business at 3310 West Springfield Ave, Champaign, IL 61821.

4. Plastipak manufacturers and distributes plastic bottles for use in the production, distribution, and sale of certain beverages.

5. Plastipak is currently unaware of the identity of Doe because he has purposefully concealed his identity and therefore Plastipak sues the individual as John Doe. Despite diligent investigation, Plastipak has not been able to ascertain the identity of Doe and needs to conduct discovery to determine his true identity. However, upon information and belief, Doe is located in or near Urbana, Illinois. Once his identity has been revealed, Plastipak will amend the Complaint.

Nature of the Action

6. This action arises out of Doe's unauthorized use of a computer network, servers, and electronic mail (hereinafter "e-mail") system to send a deceptive and damaging e-mail to one of Plastipak's largest customers.

7. Doe is liable to Plastipak under 18 U.S.C § 1030 and state common law.

8. Plastipak conducts its business throughout the United States and the world, and has invested a substantial amount of money in developing, manufacturing, and marketing its products.

9. Plastipak's has a robust quality control system in place to ensure its customers receive only the highest quality products.

10. On or about November 23, 2009, Plastipak learned that Doe had intentionally accessed a protected computer without authorization and sent an e-mail purporting to be from an employee of Plastipack to one of Plastipak's customers, threatening that the customer would receive low quality or defective product as a result of disgruntled workers, unhappy with certain financial decisions allegedly made by Plastipak.

11. The customer who received the electronic mail brought it to the attention of Plastipak. Plastipak then expended time, money, resources, and manpower to reassure the

customer of the quality of Plastipak's products, restore lost goodwill, conduct an internal review of its quality control systems, identify the point of origin of the offending electronic mail, and various other actions.

12. The internet protocol ("IP") address associated with Doe's unauthorized activities resolves to an internet service provider ("ISP") located, on information and belief, in or near Urbana, Illinois.

## COUNT I

(Computer Fraud and Abuse Act – 18 U.S.C. § 1030)

13. Plaintiff realleges and incorporates by reference the allegations of paragraphs 1 through 12.

14. The Computer Fraud and Abuse Act, 18 U.S.C. § 1030 et seq., permits any person who suffers damage or loss by reason of the criminal activity prohibited by this federal statute to bring a civil action for damages and injunctive relief.

15. As detailed above, Doe intentionally accessed without authorization a protected computer or computers and caused Plastipak damage and loss, including time, money, resources, and manpower to reassure the customer of the quality of Plastipak's products, restore lost goodwill, conduct an internal review of its quality control systems, identify the point of origin of the offending electronic mail, and various other actions.

16. The computer or computers Doe accessed are is used in or affecting interstate or foreign commerce or communication.

17. Doe's unauthorized access of the computer caused loss to Plastipak in excess of $5,000 during the last 1-year period.

## COUNT II

(Tortious Interference with Business Expectancy)

18. Plastipak realleges and incorporates by reference the allegations of paragraphs 1 to 17.

19. Plastipak has ongoing relationships with its customers. These relationships have the probability of future economic benefit to Plastipak.

20. Upon information and belief, Doe knew, or should have known, of the existence of Plastipak's relationships with its customers and also knew, or should have known, of the prospective economic benefit that would arise from future sales by Plastipak to those customers.

21. Upon information and belief, the acts of Doe constitute intentional, malicious acts which disrupt and interfere with Plastipak's economic relationships with current and potential customers. On that basis, Plastipak alleges that Doe knowingly and willfully published and transmitted statements to damage Plastipak by depriving it of the benefits of its economic relationships with its current and prospective customers.

22. Doe had no justification for these acts of interference as described above, and used wrongful and improper means of interference, including deceptive misleading, defamatory, and/or false statements.

23. As a direct result of the actions of Doe, Plastipak has suffered harm in an amount that is unknown at this time but will be determined at trial.

24. Doe committed these acts in a willful, wanton and deliberate manner, and Plastipak is therefore entitled to an assessment of punitive damages against Doe in an amount sufficient to deter and punish Doe.

25. Plastipak has suffered immediate and irreparable injury as a result of the actions of Doe which, unless enjoined, will continue to cause irreparable injury to Plastipak.

WHEREFORE, Plastipak respectfully prays that the Court enter judgment in its favor on each and every count stated herein and award the following relief against Defendant John Doe:

A. Enter judgment against Doe holding Doe personally liable for Plastipak's actual, statutory, and/or punitive damages;

B. Order the destruction of any and all materials in Doe's possession, custody, or control that reflect, relate to, and/or derive from any Plastipak property;

C. Award Plastipak its costs and reasonable attorneys' fees incurred in connection with this action

D. Permanently enjoin the Doe from further interfering with Plastipak's business expectancy; and Award and grant Plastipak such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ Charles Jellinek
Charles Jellinek
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

**ATTORNEYS FOR PLASTIPAK PACKAGING, INC.**

℅JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Plastipak Packaging, Inc.

## DEFENDANTS
John Doe

**(b)** County of Residence of First Listed Plaintiff: **Wayne County, Michigan**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Champaign County, Illinois**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Charles Jellinek
Bryan Cave LLP
211 N. Broadway, Ste 3600, St. Louis, MO 63102 (314) 259-2000

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
18 U.S.C. § 1030
Brief description of cause:
Computer Fraud and Abuse Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.